PHIL LURIE, Trustee  
Chapter 7 Bankruptcy Trustee  
6545 Stone Bridge Rd.  
Santa Rosa, CA 95409  
(707) 695 2318  
Trustee in Bankruptcy



FILED  
DEC 1 4 2009  
UNITED STATES BANKRUPTCY COURT  
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA

in re: Michael P. Rosen | Case No. 96-13030 - AJ  
       & Aleta M. Rosen | Chapter 7  

Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above captioned case hereby turns over to the Court, the unclaimed dividends in the amount of $54,546.12.  
The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

(See attached Schedule)

                                Total Unclaimed Dividends $54,546.12.

Dated: December 11, 2009                         _____  
                                                 PHIL LURIE, Trustee

CASE NAME: MICHAEL P. ROSEN & ALETA M. ROSEN
CASE NO: 96-13030 AJ

| CLAIM NO: | CREDITOR'S NAME | ADDRESS | | CLAIM AMOUNT | UNCLAIMED FUNDS |
|---|---|---|---|---|---|
| 1 | Beneficial Credit Services | PO BOX 1668 | Rohnert Park, CA 94927 | 1,163.88 | 23.97 |
| 5 | Pacific Bank | c/o Mr. Bruce Hoffman | | | |
| | | 351 California St. | San Francisco, CA 94111 | 123,587.57 | 2,545.73 |
| 9 | Steve Burdick | Compass Lumber Products | | | |
| | | PO BOX 2098 | Petaluma, CA 94953 | 75,000.00 | 1,544.89 |
| 13 | Linda Johnston | 3 Caufield Ct. | Petaluma, CA 94954 | 1,142.65 | 23.54 |
| 15 | Cupertino National Bank | Attn: Diedra Trust Dept. | | | |
| | | PO BOX 1740 | Palo Alto, CA 94392-1740 | 149,621.95 | 3,082.00 |
| 17 | Trendcepts | PBC Management Acct. | | | |
| | | 151 Cailan Ave - 308 | San Leandro, CA 94577 | 500.00 | 10.30 |
| 29 | Caren & David Dillman | 7541 Trabuco Lane | La Palma, CA 90623 | 60,000.00 | 1,235.91 |
| 35 | Bill Duplissea | PO Box 1332 | San Carlos, CA 94070 | 46,250.00 | 952.68 |
| 38 | Golden Gate Bank | Tierney, Walden & Watson | | | |
| | | 595 Market St. #1900 | San Francisco, CA 94105 | 237,694.66 | 4,896.17 |
| 42 | Grohe Florists | 5 Padre Parkway | Rohnert Park, CA 94928 | 285.23 | 5.88 |
| 43 | Alice Yeagle, Beatrice Earhart | 1201 Monument Blvd - 75 | Cocord, CA 94520 | 214,685.92 | 4,422.22 |
| 44 | Beatrice Earhart | 3939 Walnut Ave. - 389 | Carmichael, CA 95608 | 83,043.86 | 1,710.59 |
| 45 | Alice Yeagle | 1201 Monument Blvd - 75 | Cocord, CA 94520 | 15,000.00 | 308.98 |
| 48 | Sam & Anastasia Sjoen | 5303 Redwood Hwy So. | Petaluma, CA 94952 | 40,720.00 | 838.77 |
| 49 | Sam & Anastasia Sjoen | 5303 Redwood Hwy So. | Petaluma, CA 94952 | 115,785.48 | 2,385.02 |
| 52 | Michael Franchetti | IRA Pensco Pension Services, Custodian | | | |
| | | 1001 Bridgeway - 512 | Sausalito, CA 94965 | 21,000.00 | 432.57 |
| 53 | Tiffany Franchetti | Pensco Pension Services, Custodian | | | |
| | | 1001 Bridgeway - 512 | Sausalito, CA 94965 | 26,000.00 | 535.56 |
| 54 | TIFCO -Franchetti & Franchetti | 1001 Bridgeway - 512 | Sausalito, CA 94965 | 31,158.00 | 641.81 |
| 55 | Franchetti & Franchetti P/S Plan | 1001 Bridgeway - 512 | Sausalito, CA 94965 | 410,373.00 | 8,453.10 |
| 63 | Terry Fowler | 2952A Mendocino Ave. | Santa Rosa, CA 95403 | 4,500.00 | 92.69 |
| 65 | Don Edgar | 50 Old Courthouse Sq.-610 | Santa Rosa, CA 95404 | 5,000.00 | 102.99 |
| 68 | David Marcus | 196 Sotoyome St. | Santa Rosa, CA 95405 | 9,400.00 | 193.63 |
| 73 | Tony & Kitty Romelli | c/o Martin M. Woods, Esq. | | | |
| | | PO Box 434 | Forestville, CA 95436 | 26,000.00 | 535.56 |
| 86 | North Counties Landscaping | P/S Plan 4350 Oakridge Rd. | Pengrove, CA 94951 | 20,000.00 | 411.97 |
| 87 | Alan & Lenore Kostelnik | 4350 Oakridge Rd. | Pengrove, CA 94951 | 6,800.00 | 140.07 |
| 96 | Bank of America | PO Box 7082 | Pasadena, CA 91109 | 9,150.35 | 188.48 |
| 97 | Danny Walsh | 33 Payne River Circle | Sacramento, CA 95834 | 74,791.67 | 1,540.60 |
| 98 | Linda Bissell | 350 Karen Way | Tiburon, CA 94920 | 12,500.00 | 257.48 |
| 105 | Mitchell Heryford | 538 Mendocino Ave. | Santa Rosa, CA 95401 | 35,206.58 | 725.21 |
| 113 | Richard & Joan Beilfuss | PO Box 568 | East Sound, WA 98245 | 281,200.00 | 5,792.32 |
| 118 | Rick Davis | 71 Angelo Walk | Long Beach, CA 90803 | 20,000.00 | 411.97 |
| 125 | Dept of Treasury -IRS Insolvency Unit II | | PO Box 2900 Stop SA-5357 | | |
| | | | Sacramento, CA 95812-2900 | 7,009.40 | 144.38 |
| 126 | John Fetzer c/o Kohn Properties | PO Box 309 | Calpella, CA 95418 | 78,120.00 | 1,609.16 |
| 128 | Jeff & Gail Cohen | 1505 Thirteenth St. | Santa Rosa, CA 95404 | 20,000.00 | 411.97 |
| 129 | Nathan Helfand-c/o Mark Gangl | PO Box 5663 | Santa Rosa, CA 95402 | 5,000.00 | 102.99 |
| 141 | James A. Simonds | 3335 Scrub Oak Ave. | Santa Rosa, CA 95404-1745 | 131,000.00 | 2,698.41 |
| 149 | County of Sonoma-Tax Coll. | PO Box 3569 | Santa Rosa, CA 95402 | 166.74 | 3.43 |
| 150 | Bank of America | PO Box 7082 | Pasadena, CA 91109 | 9,673.38 | 199.26 |
| 151 | Bonnie Gonsalves | 3366 Mendocino Ave. -15 | Santa Rosa, CA 95403 | 77,000.00 | 1,586.09 |
| 152 | Bank of America | PO Box 7082 | Pasadena, CA 91109 | 5,975.95 | 123.10 |
| 156 | Patricia Robinson | c/o Todd Peterson, Esq. | | | |
| | | PO Box 7727 | Chico, CA 95927 | 102,500.00 | 2,111.35 |
| 158 | Curtis Lund | c/o Douglas Provencher | | | |
| | | PO Box 14007 | Santa Rosa, CA 95402 | 10,000.00 | 205.99 |
| 159 | American Express Travel | c/o Becket & Lee | | | |
| | | PO Box 3001 - Dept U | Malvern, PA 19355-0701 | 5,250.00 | 108.14 |
| 160 | Jimmie Rogers | c/o Douglas Provencher | | | |
| | | PO Box 14007 | Santa Rosa, CA 95402 | 16,000.00 | 329.58 |
| 7-1 | Sonoma National Bank | Attn. David Titus | | | |
| | | 3558 Round Barn Blvd. -300 | Santa Rosa, CA 95403 | 22,798.00 | 469.61 |
| TOTAL | | | | 2,648,054.27 | 54,546.12 |