PHIL LURIE, Trustee
Chapter 7 Bankruptcy Trustee
6545 Stone Bridge Rd.
Santa Rosa, CA 95409
(707) 695 2318

Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA  - SANTA ROSA

| in re: Michael P. Rosen | Case No. 96-13030 AJ |
| & Aleta M. Rosen | Chapter 7 |
| Debtor(s) | APPLICATION AND ORDER TO REMIT  UNCLAIMED DIVIDENDS PAYABLE TO CREDITORS TO BE SUBMITTED TO THE CLERK OF COURT |

The undersigned Trustee of the above-entitled case hereby files this Trustee's request to submit all unpaid dividends to the Clerk of Court.

1. All assets and funds which have come under my control have been properly accounted for as provided by law, and all funds have been disbursed in accordance with the direction of the Court.

2. An itemized statement of the Trustee's receipts and disbursements showing a balance of funds on hand to be submitted to the Clerk of Court is summarized, as follows: (See attached Summary)

| | | |
|---|---|---|
| Gross Receipts | | $502,452.02 |
| Disbursed: | | |
| Secured Claim - Barella | $114,382.50 | |
| Approved Administrative fees and Expenses | $203,477.48 | |
| Dividends paid to Creditors | $130,045.92 | |
| Total Disbursed | | $447,905.90 |
| BALANCE TO BE REMITTED TO THE CLERK OF COURT | | $ 54,546.12 |

(See attached schedule of Unclaimed and Undeliverable Checks)

I certify under penalty of perjury that the foregoing is true and correct. Therefore, pursuant to F.R.B.P. 5009,

Date: January 13, 2010

Phil Lurie

_____
Phil Lurie, Bankruptcy Trustee

## ORDER

It is so ordered.

Date  1/19/10

by _____
U S BANKRUPTCY JUDGE

6545 Stone Bridge Rd.
Santa Rosa, Ca. 95409

**PHIL LURIE**

Cell 707-695 2318
Fax 707-538 8831

January 5, 2010

ROSEN - SUMMARY (Since case reopened in 2007):

| | | |
|---|---|---|
| Cash Received from Cloverdale | | $499,556.07 |
| Interest Earned | | $ 2,895.95 |
| GROSS RECEIPTS | | $502,452.02 |

DISBURSED:

| | | |
|---|---|---|
| Barella | $114,382.50 | |
| Welch & Olrich | $ 76,056.03 | |
| Wm. Twitchell | $ 99,528.85 | |
| Phil Lurie | $ 26,882.60 | |
| Receiver's Surety Bond | $ 1,010.00 | |

| | | |
|---|---|---|
| TOTAL DISBURSED BEFORE DISTRIBUTION TO CREDITORS | | $317,859.98 |
| AVAILABLE FOR DISTRIBUTION TO CREDITORS | | $184,592.04 |
| 82 CHECKS CASHED, PER SCHEDULE | $130,045.92 | |
| 45 CHECKS VOIDED (RETURNED OR NOT CASHED) AND SUBMITTED TO U.S.T. OFFICE | $ 54,546.12 | |
| TOTAL CASH PAID TO CREDITORS OR SUBMITTED TO U.S.T. | | $184,592.04 |
| BALANCE IN ACCOUNT | | $ -0- |

CASE NAME: MICHAEL P. ROSEN & ALETA M. ROSEN
CASE NO: 96-13030 AJ

| CLAIM NO: | CREDITOR'S NAME | ADDRESS | | CLAIM AMOUNT | UNCLAIMED FUNDS |
|---|---|---|---|---|---|
| 1 | Beneficial Credit Services | PO BOX 1668 | Rohnert Park, CA 94927 | 1,163.88 | 23.97 |
| 5 | Pacific Bank | c/o Mr. Bruce Hoffman | | | |
| | | 351 California St. | San Francisco, CA 94111 | 123,587.57 | 2,545.73 |
| 9 | Steve Burdick | Compass Lumber Products | | | |
| | | PO BOX 2098 | Petaluma, CA 94953 | 75,000.00 | 1,544.89 |
| 13 | Linda Johnston | 3 Caufield Ct. | Petaluma, CA 94954 | 1,142.65 | 23.54 |
| 15 | Cupertino National Bank | Attn: Diedra Trust Dept. | | | |
| | | PO BOX 1740 | Palo Alto, CA 94392-1740 | 149,621.95 | 3,082.00 |
| 17 | Trendcepts | PBC Management Acct. | | | |
| | | 151 Cailan Ave - 308 | San Leandro, CA 94577 | 500.00 | 10.30 |
| 29 | Caren & David Dillman | 7541 Trabuco Lane | La Palma, CA 90623 | 60,000.00 | 1,235.91 |
| 35 | Bill Duplissea | PO Box 1332 | San Carlos, CA 94070 | 46,250.00 | 952.68 |
| 38 | Golden Gate Bank | Tierney, Walden & Watson | | | |
| | | 595 Market St. #1900 | San Francisco, CA 94105 | 237,694.66 | 4,896.17 |
| 42 | Grohe Florists | 5 Padre Parkway | Rohnert Park. CA 94928 | 285.23 | 5.88 |
| 43 | Alice Yeagle, Beatrice Earhart | 1201 Monument Blvd - 75 | Cocord, CA 94520 | 214,685.92 | 4,422.22 |
| 44 | Beatrice Earhart | 3939 Walnut Ave. - 389 | Carmichael, CA 95608 | 83,043.86 | 1,710.59 |
| 45 | Alice Yeagle | 1201 Monument Blvd - 75 | Cocord, CA 94520 | 15,000.00 | 308.98 |
| 48 | Sam & Anastasia Sjoen | 5303 Redwood Hwy So. | Petaluma, CA 94952 | 40,720.00 | 838.77 |
| 49 | Sam & Anastasia Sjoen | 5303 Redwood Hwy So. | Petaluma, CA 94952 | 115,785.48 | 2,385.02 |
| 52 | Michael Franchetti | IRA Pensco Pension Services, Custodian | | | |
| | | 1001 Bridgeway - 512 | Sausalito, CA 94965 | 21,000.00 | 432.57 |
| 53 | Tiffany Franchetti | Pensco Pension Services, Custodian | | | |
| | | 1001 Bridgeway - 512 | Sausalito, CA 94965 | 26,000.00 | 535.56 |
| 54 | TIFCO -Franchetti & Franchetti | 1001 Bridgeway - 512 | Sausalito, CA 94965 | 31,158.00 | 641.81 |
| 55 | Franchetti & Franchetti P/S Plan | 1001 Bridgeway - 512 | Sausalito, CA 94965 | 410,373.00 | 8,453.10 |
| 63 | Terry Fowler | 2952A Mendocino Ave. | Santa Rosa, CA 95403 | 4,500.00 | 92.69 |
| 65 | Don Edgar | 50 Old Courthouse Sq.-610 | Santa Rosa, CA 95404 | 5,000.00 | 102.99 |
| 68 | David Marcus | 196 Sotoyome St. | Santa Rosa, CA 95405 | 9,400.00 | 193.63 |
| 73 | Tony & Kitty Romelli | c/o Martin M. Woods, Esq. | | | |
| | | PO Box 434 | Forestville, CA 95436 | 26,000.00 | 535.56 |
| 86 | North Counties Landscaping | P/S Plan 4350 Oakridge Rd. | Pengrove, CA 94951 | 20,000.00 | 411.97 |
| 87 | Alan & Lenore Kostelnik | 4350 Oakridge Rd. | Pengrove, CA 94951 | 6,800.00 | 140.07 |
| 96 | Bank of America | PO Box 7082 | Pasadena, CA 91109 | 9,150.35 | 188.48 |
| 97 | Danny Walsh | 33 Payne River Circle | Sacramento, CA 95834 | 74,791.67 | 1,540.60 |
| 98 | Linda Bissell | 350 Karen Way | Tiburon, CA 94920 | 12,500.00 | 257.48 |
| 105 | Mitchell Heryford | 538 Mendocino Ave. | Santa Rosa, CA 95401 | 35,206.58 | 725.21 |
| 113 | Richard & Joan Beilfuss | PO Box 568 | East Sound, WA 98245 | 281,200.00 | 5,792.32 |
| 118 | Rick Davis | 71 Angelo Walk | Long Beach, CA 90803 | 20,000.00 | 411.97 |
| 125 | Dept of Treasury -IRS Insolvency Unit II | PO Box 2900 Stop SA-5357 | | | |
| | | | Sacramento,CA 95812-2900 | 7,009.40 | 144.38 |
| 126 | John Fetzer c/o Kohn Properties | PO Box 309 | Calpella, CA 95418 | 78,120.00 | 1,609.16 |
| 128 | Jeff & Gail Cohen | 1505 Thirteenth St. | Santa Rosa, CA 95404 | 20,000.00 | 411.97 |
| 129 | Nathan Helfand-c/o Mark Gangl | PO Box 5663 | Santa Rosa, CA 95402 | 5,000.00 | 102.99 |
| 141 | James A. Simonds | 3335 Scrub Oak Ave. | Santa Rosa,CA 95404-1745 | 131,000.00 | 2,698.41 |
| 149 | County of Sonoma-Tax Coll. | PO Box 3569 | Santa Rosa, CA 95402 | 166.74 | 3.43 |
| 150 | Bank of America | PO Box 7082 | Pasadena, CA 91109 | 9,673.38 | 199.26 |
| 151 | Bonnie Gonsalves | 3366 Mendocino Ave. -15 | Santa Rosa, CA 95403 | 77,000.00 | 1,586.09 |
| 152 | Bank of America | PO Box 7082 | Pasadena, CA 91109 | 5,975.95 | 123.10 |
| 156 | Patricia Robinson | c/o Todd Peterson, Esq. | | | |
| | | PO Box 7727 | Chico, CA 95927 | 102,500.00 | 2,111.35 |
| 158 | Curtis Lund | c/o Douglas Provencher | | | |
| | | PO Box 14007 | Santa Rosa, CA 95402 | 10,000.00 | 205.99 |
| 159 | American Express Travel | c/o Becket & Lee | | | |
| | | PO Box 3001 - Dept U | Malvern, PA 19355-0701 | 5,250.00 | 108.14 |
| 160 | Jimmie Rogers | c/o Douglas Provencher | | | |
| | | PO Box 14007 | Santa Rosa, CA 95402 | 16,000.00 | 329.58 |
| 7-1 | Sonoma National Bank | Attn. David Titus | | | |
| | | 3558 Round Barn Blvd. -300 | Santa Rosa, CA 95403 | 22,798.00 | 469.61 |
| TOTAL | | | | 2,648,054.27 | 54,546.12 |